```
FILED
Apr 11 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ aishahs    DEPUTY
```

Name: Matt Stika

Address: 243 N Wisconsin St Fallbrook CA 92028

Cell Number: (760) 586-9570

Email: mattstika@gmail.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Matt Stika

Plaintiff,

v.

KEVIN MCCAULEY in his official capacity as a Sheriffs Deputy and individual capacity

Defendant(s).

Case No.: 19CV0677 CAB BGS

[Title]

II. STATEMENT OF CLAIM *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates and places.)*

1

1  On November 14th 2018 @10:48 AM in Vista CA, Public Servant Deputy Kevin
2  McCauley in a joint tortfeasor committed Deprivation of Privacy and Liberty, Deadly
3  Use of Force, Assault with Firearms, Battery, Libel, Punitive Damages, General and
4  Economic Damages, (to be somewhat specific, arms, wrists, back, and legs) Emotional
5  Distress, Malicious Prosecution, Malicious Accusations, False Arrest and Fraud.

7  While traveling with Carlos from point a to b I hear a faint siren sound. To my surprise I
8  noticed a Public Servant tailing us, Carlos pulled over in to a law office building with
9  cameras for our safety. Public Servant Deputy McCauley stops short from us, quickly
10 pulls out a deadly weapon, screams put hands out the window, use of deadly force on a
11 unarmed man was evident. Then about 4 to 5 Public Servant motor Vehicles came and
12 surrounded our automobile, and about 10 Public Servants came out at us with loaded up
13 firearms and a ferocious dangerous attack dog. They all loaded and pointed the guns with
14 their fingers on the trigger at Carlos and I, where a clogged street of traffic watched. It
15 was clear we were being assaulted with deadly weapons, with their obvious malicious
16 intent to deprive our 4th amendment. One of them shouted to get out the vehicle, as I get
17 out with every single deadly weapon pointed at me and a deadly K9 ready to kill me, one
18 Servant demanded that I approached them and so I did in despair and fear of not being
19 murdered by repressed and incompetent public servants. My heart was racing as I tried to
20 control my panic attack. Despite telling the arresting Servants that I'm hurt from a recent
21 car accident they grab me and forcefully and against my will restrain me putting me in
22 the arresting vehicle. With despair and a powerless feeling as I watched them steal
23 Carlos's car, (Carlos gave me permission to take his car, however I was not permitted)
24 my belongings and most important, my liberty, and god given natural right that can be
25 translated as the 4th amendment. After what felt like eternity in the blistering hot Public
26 Servant car I was finally released in a distressed and damaged state.

27 [signature]
28

2

## III. RELIEF YOU REQUEST
(State exactly what you want the court to do for you.)

I want the court to have the right people looking over this case and to honor the contract they have signed with the American People.

I want the court to investigate and re evaluate Kevin McCauley and the team that was there (others who helped him).

I want the court to order/demand Kevin McCauley to pay for ALL damages done to me.

If this is dismissed for any reason it must include signed in wet ink by judge (lawful Judge) and a letter including what errors were made.

*[signature]*