UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Stika,<br><br>                    Plaintiff,<br><br>v.<br><br>Kevin McCauley, *in his official capacity as a Sheriff Deputy and his individual capacity*,<br>                    Defendant. | Case No.: 19-cv-00677-GPC-LL<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE.** |

      This Order arises from Plaintiff's failure to pay the filing fee for his Complaint. (ECF No. 1.) All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). All actions sought to be filed IFP under § 1915 must be accompanied by an affidavit, signed by the applicant under penalty of perjury, that includes a statement of all assets which shows inability to pay initial fees or give security. Civil Local Rule 3.2.a.

/ / /

1

1  Here, Plaintiff filed a complaint on April 11, 2019. (ECF No. 1.) The matter was
2  transferred to this Court on April 17, 2020. (ECF No. 2.) More than one year has elapsed
3  since the filing of the complaint, and Plaintiff has yet to pay the filing fee. Consequently,
4  the Court dismisses this Action without prejudice for failure to pay the mandatory fee.

5  **IT IS SO ORDERED.**

6  Dated:  April 30, 2020

Hon. Gonzalo P. Curiel
United States District Judge

2