

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Matt Stika

Plaintiff,

V.

Kevin McCauley, in his official capacity as a Sheriff Deputy and his individual capacity

Defendant.

Civil Action No.   19-cv-0677-GPC-LL

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

More than one year has elapsed since the filing of the complaint, and Plaintiff has yet to pay the filing fee. Consequently, the Court dismisses this Action without prejudice for failure to pay the mandatory fee.

Date:   4/30/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ D. Gilbert

D. Gilbert, Deputy